■ WELCH FOODS, INC., Respondent, v RALPH W. WILSON et al., Defendants, and VILLAGE OF WESTFIELD, Appellant and Third-Party Plaintiff-Appellant. MOGEN DAVID WINE CORPORATION et al., Third-Party Defendants-Respondents. [668 NYS2d 528] —Order unanimously reversed on the law without costs and awards of attorneys' fees and costs vacated. Same Memorandum as in *Welch Foods v Wilson* (247 AD2d 830 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Counsel Fees.) Present—Denman, P. J., Green, Hayes, Balio and Fallon, JJ.